**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

South Carolina Department of Social Services,
Respondent,

v.

Michael D. and Heather K., Defendants,

Of whom Michael D. is the Appellant,

In the interest of minors under the age of eighteen years.

Appellate Case No. 2012-212035

———————————

Appeal From Berkeley County
Jack A. Landis, Family Court Judge

———————————

Unpublished Opinion No. 2013-UP-048
Submitted January 17, 2013 – Filed January 23, 2013

———————————

**AFFIRMED**

———————————

Kathleen Elisabeth Hoover, of Manley Law Firm, LLC, of Moncks Corner, for Appellant.

Sean Bannon Zenner, of Zenner Law Firm, of Loudon, TN, and Paul C. White, of the South Carolina

Department of Social Services, of Pickens, for Respondent.

Sean Keefer, of Sean F. Keefer, LLC, of Charleston, for the Guardian ad Litem.

**PER CURIAM:**  Michael D. appeals the family court's order of intervention.  S.C. Code Ann. § 63-7-1650(A) (2010).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex Parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing.  Accordingly, we affirm the family court's ruling.

**AFFIRMED.**[1]

**SHORT, KONDUROS, and LOCKEMY, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.